MARY FREUND, respondent,

*v.*

MICHAEL FREUND, appellant.

[Argued March 11th, 1907. Decided June 17th, 1907.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Emery, whose opinion is reported in *71 N. J. Eq. (1 Buch.) 524.*

Mr. *Thomas Anderson,* for the appellant.

Mr. *Moses J. DeWitt,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set forth in the opinion delivered by Vice-Chancellor Emery in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HEN-DRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VRE-DENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.